# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE REBELO-SHOWALTER,<br>Plaintiff,<br>v.<br>STONELEDGE FURNITURE LLC, et al.,<br>Defendants. | Case No. 1:26-cv-01817-JLT-SAB<br>ORDER REGARDING STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATEMENT REGARDING DISCOVERY DISAGREEMENT BY ONE DAY<br>(ECF No. 16) |

Pending before the Court is a stipulation by the parties seeking a one-day extension to file their joint statement in relation to Plaintiff's motion for discovery and motion for sanctions. (ECF Nos. 12, 16.) For good cause shown, the Court approves the stipulation and ORDERS that the parties shall have through August 27, 2026, to file their joint statement.

IT IS SO ORDERED.

Dated: **August 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge