# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE REBELO-SHOWALTER,<br>Plaintiff,<br>v.<br>STONELEDGE FURNITURE LLC, et al.,<br>Defendants. | Case No. 1:26-cv-01817-JLT-SAB<br><br>ORDER STRIKING OPPOSITIONS TO DISCOVERY MOTIONS BROUGHT UNDER LOCAL RULE 251 |

As relevant here, on August 7 and August 19, 2026, Plaintiff filed a motion to compel depositions and motion to compel written discovery with a request for sanctions, respectively. (ECF Nos. 11, 12.) Both motions were brought under Local Rule 251, which covers motions dealing with discovery matters. (Id.) Indeed, in both motions Plaintiff specifically addressed Local Rule 251 and that the parties would be filing joint statements for each motion, as required by the Rule. L.R. 251(c). The parties timely complied with the filing of the joint statements (ECF Nos. 13, 18), and the Court reset the hearing on the motions to September 9, 2026, in order to address both motions simultaneously. (ECF No. 14.)

The Court has reviewed the joint statements, and they appear to be in compliance with Local Rule 251(c). Yet, Defendants have also filed subsequent "oppositions" to both motions. (ECF Nos. 15, 19.) Local Rule 251(c) provides that: ". . . All arguments and briefing that would otherwise be included in a memorandum of points and authorities supporting or opposing the

motion shall be included in this joint statement, and **no separate briefing shall be filed**." L.R. 251(c) (emphasis added). Defendants have not otherwise sought leave of the Court to file an opposition.

Accordingly, IT IS HEREBY ORDERED that the oppositions to the motions for discovery are STRICKEN and will not be considered. (ECF Nos. 15, 19.)[1]

IT IS SO ORDERED.

Dated: **September 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] In their latest opposition, Defendants ask the Court to impose sanctions against Plaintiff. (ECF No. 19.) This is procedurally improper. The Federal Rules of Civil Procedure requires that "[a] motion for sanctions must be made separately from any other motion . . ." Fed. R. Civ. P. 11(c)(2).