# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE REBELO-SHOWALTER,<br><br>Plaintiff,<br><br>v.<br><br>STONELEDGE FURNITURE LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-01817-JLT-SAB<br><br>ORDER FOLLOWING HEARING ON DISCOVERY MOTIONS, SETTING BRIEFING SCHEDULE, AND CONTINUING DEADLINE TO FILE DISPOSITIVE MOTIONS |

On August 7 and August 19, 2026, Plaintiff filed two motions for discovery pursuant to Local Rule 251, concerning a Rule 30(b)(6) deposition and various requests for production. (ECF Nos. 11, 12.) The Court set both motions to be heard on September 9, 2026. (ECF No. 14.) The parties filed joint statements on August 19 and August 27, 2026. (ECF Nos. 13, 18.) Defendants also filed oppositions to the motions, which the Court struck as not contemplated by Local Rule 251. (ECF No. 21.) On September 8, 2026, Defendants filed two motions for a protective order, which are intertwined with the issues raised in Plaintiff's discovery motions. (ECF No. 22, 23.)

The Court held a hearing on Plaintiff's discovery motions on September 9, 2026. Daniel Brian Henderson, Esq., appeared on behalf of Plaintiff. Erika Shao, Esq., appeared on behalf of Defendants. At the hearing, the Court discussed with the parties the untenable position they had placed the Court in through the parties' various filings and last-minute motions. Moreover, the Court observed that resolution of Plaintiff's motions for discovery were intertwined with the issued raised in Defendants' motions for protective orders. Though the Court endeavors to address issues before it in an expedient manner, the Court discussed that it was not prepared to

issue a decision on the motions for discovery until there had been proper briefing on all discovery issues between the parties. Therefore, the Court set a briefing schedule regarding a joint statement. Because the deadline to file a dispositive motion is currently set for October 19, 2026, (ECF No. 10), the Court also continued that deadline.

Accordingly, the Court HEREBY ORDERS the following:

1. The hearing on the discovery motions (ECF Nos. 11, 12) is CONTINUED to October 28, 2026;
2. A joint statement by the parties is due by **October 14, 2026, and shall be no longer than twenty-five (25) pages**. The joint statement shall include all arguments by the parties, including arguments raised by Defendants in their recent motions for protective orders. The Court will not reread the previous joint statements, but the parties may cite to exhibits from those statements if necessary. The Court expects that the parties will work together in order to give each other ample time in drafting the joint statement. Upon review of the joint statement, the Court may take the matter under submission and issue a ruling without a hearing;
3. No later than **October 14, 2026**, the Court DIRECTS Defendants to withdraw their motions for protective orders as the Court will handle the issues raised therein in relation to the already pending motions for discovery;
4. The deadline to file dispositive motions is CONTINUED to December 4, 2026; and
5. Should any issues arise, the parties are ADVISED to work cooperatively and submit stipulations to the Court wherever possible.

IT IS SO ORDERED.

Dated: **September 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge