# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE REBELO-SHOWALTER,<br><br>Plaintiff,<br><br>v.<br><br>STONELEDGE FURNITURE LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-01817-JLT-SAB<br><br>ORDER FOLLOWING HEARING ON DISCOVERY MOTIONS |

On August 7 and August 19, 2026, Plaintiff filed two motions for discovery pursuant to Local Rule 251, concerning a Rule 30(b)(6) deposition and interrogatories. (ECF Nos. 11, 12.) The Court set both motions to be heard on September 9, 2026. (ECF No. 14.) The parties filed joint statements on August 19 and August 27, 2026. (ECF Nos. 13, 18.) Following a hearing on September 9, 2026, the Court continued the hearing on the motions and directed further, consolidated briefing on the motions. (ECF No. 25.) On October 14, 2026, the parties timely filed a joint statement. (ECF No. 27.) On October 28, 2026, the Court held a hearing. Daniel Henderson, Esq., appeared on behalf of Plaintiff. Erika Shao, Esq., appeared on behalf of Defendants.

For the reasons stated on the record, the Court HEREBY ORDERS the following:

1. The motions for discovery shall be held in ABEYANCE pending the Fed. R. Civ. P. 30(b)(6) deposition;

2. Counsel are DIRECTED to contact the Court's Courtroom Deputy to inform the Court of the date and time of the 30(b)(6) deposition, so that the Court may make itself available should any disputes arise during the deposition. The Court's Courtroom Deputy may be reached at (559) 499-5672 or jnguyen@caed.uscourts.gov.

3. Following the deposition, should the remaining discovery issues be resolved, Plaintiff shall withdraw her motions. Should narrowed issues remain, the parties should contact the Court's Courtroom Deputy. The Court's aim is to expedite rulings and keeping costs low. Depending on the issues, the Court may take issues under submission or set a hearing.

4. Finally, the Court reminds the parties of the Court's informal discovery dispute procedure, available on the Court's website. This in an alternative to motions brought under Local Rule 251 and provides for expedited rulings on discovery issues.

IT IS SO ORDERED.

Dated: **October 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge